Becker v. State






COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS





ALEJANDRO MARTINEZ,

                                    Appellant,

v.

THE STATE OF TEXAS,

                                    Appellee. 

§
 
§
 
§
 
§
 
§

§


No. 08-11-00214-CR

Appeal from
 297th District Court

of Tarrant County, Texas

(TC # 1048835D)



 

 

 




MEMORANDUM OPINION

            Pending before the Court is Appellant’s motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.2(a). As required by that rule, the withdrawal of the notice of appeal is signed by
Appellant. Further, the Clerk of this Court has forwarded a duplicate copy of the written withdrawal
to the clerk of the trial court. Because Appellant has established compliance with the requirements
of Rule 42.2(a), we grant the motion and dismiss the appeal.

November 9, 2011                                           
                                                                        ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, J., and Antcliff, J.

(Do Not Publish)